# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of B.D., a minor child,

C.D.,

Appellant,

v.

DEPARTMENT OF CHILDREN & FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2024-0554

_____

August 21, 2024

Appeal from the Circuit Court for Pasco County; Linda H. Babb, Judge.

Octavia Brown of Community Law for Families and Children, PLLC, Tampa, for Appellant.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, Tallahassee, for Appellee, Guardian Ad Litem Program.


PER CURIAM.

      Affirmed.


KELLY, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.